# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 02-80086-CR-HURLEY

UNITED STATES OF AMERICA,
  Plaintiff,

v.

PAUL DEROME,
  Defendant.
_____/



## ORDER ON FUGITIVE STATUS AND DIRECTING
## CLERK TO TRANSFER CASE TO SUSPENDED/FUGITIVE FILE

**THIS CAUSE** come before the court upon its own motion. Upon review of the court file, and after having determined the above named defendant to be fugitive from justice, it is

**ORDERED** and **ADJUDGED**:

1. The Clerk of Court is hereby directed to transfer the above-captioned case, as it pertains to the above named defendant, to the suspended/fugitive file until such time as he is apprehended.

2. The Clerk of Court is further directed to designate this case, as it pertains to this defendant, "closed".

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _18th_ day of March, 2003.

**copy furnished:**
AUSA Roger H. Stefin

                                    _____
                                    Daniel T. K. Hurley
                                    United States District Judge

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts