UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80086-CR-HURLEY

UNITED STATES OF AMERICA

vs.

PAUL DeROME,

        Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the indictment against the above named defendant.

                              Respectfully submitted,

                              R. ALEXANDER ACOSTA
                              UNITED STATES ATTORNEY

cc:   U.S. Attorney ( Roger Stefin, AUSA)
       U.S. Marshal
       Chief Probation Officer
       Pretrial Services
       Special Agent

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: __10/7/08__

                              DANIEL T.K. HURLEY
                              UNITED STATES DISTRICT COURT JUDGE