AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Rosenbaum  FBI S/A Ann Costello (305) 944-9101

FILED by _____ D.C.

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

JUL 21 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA

V.

PAUL DEROME

## WARRANT FOR ARREST

CASE NUMBER: 02-80086

CR-HURLEY

MAGISTRATE JUDGE VITUNAC

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ PAUL DEROME _____
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) securities fraud, and conspiracy to commit securities fraud;

in violation of Title 18; 15 United States Code, Section(s) 371 & 2; 78j(b), 78ff(a)

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ Pretrial Detention

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

May 14, 2002, Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER [signature]
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

RECEIVED
U.S. MARSHAL
MAY 17 PM 1:09
SOUTHERN DISTRICT OF FLORIDA
W. PALM BCH. OFF.

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Order of Dismissing Complaint on 10/7/2008 signed by USDJ Daniel T.K. Hurley

| DATE RECEIVED 05/20/2002 | NAME AND TITLE OF ARRESTING OFFICER Christopher Crotty Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 07/15/2010 | | |

0204-0520-2131-J                                #660399